E-FILED
Tuesday, 28 July, 2015  04:32:41 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

FREDDELL BRYANT,
      Petitioner,

15-2158

vs.                       Docket No.: 11-CR-20034

UNITED STATES OF AMERICA,
      Respondent.
_____/

FILED
JUL 28 2015
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

**MOTION FOR ENLARGEMENT OF
BRIEF PAGES AS REQUIRED BY L. R. 7.1(B)(4)(a)**

    COMES NOW, Petitioner Freddell Bryant (hereinafter "Bryant") with this Motion for an Enlargement of Brief Pages as mandated by Local Rule "L. R." 7.1(B)(4)(a) in excess of 15 pages and in support thereof provides as follows:

    1.    On July 13, 2011, a Federal Grand Jury charged Bryant by indictment with three counts of using a firearm to commit murder including a drug trafficking crime in violation of Title 18 U.S.C. § 924(j)(1).

    2.    Following a six day trial, a jury convicted Bryant of all three counts.

    3.    On March 14, 2013, the District Court sentenced Bryant to three consecutive LIFE sentences and imposed a $300.00 special assessment.

    4.    Bryant proceeded on appeal, however on April 17, 2014, the Seventh Circuit Court of Appeals affirmed Bryant's conviction. See *United States v. Bryant*, 750 F.3d 642 (7th Cir. 2014).

    5.    Bryant has filed a Title 28 U.S.C. § 2255 before this Court alleging several instances of ineffective assistance of counsel.

6. The issues raised in the Title 28 U.S.C. § 2255, are rather complex and deal with the mis-advice provided by trial counsel, relating to whether any statements he provided regarding the charged murders, were protected in light of both the Federal and State plea agreements in which Bryant had executed as part of his ongoing cooperation.

7. Due to the complexity of the arguments raised, Bryant will require an excess of approximately 9,598 words in order to properly raise all the issues.

8. Bryant has streamlined the legal arguments and the required information for presentation of his issues, however his argument and issues will be affected should any further streamlining be required.

9. Pursuant to Local Rule 7.1(B)(4)(c), Bryant has provided with his brief, a certificate that the memorandum complies with the type volume limitations, with the exception of the additional words requested herein.

10. Bryant has not been able to confer with the Government due to his incarceration.

11. Bryant is not submitting this request to delay nor frustrate these proceedings, and honestly believes that the Government will not be prejudiced by the request for additional words in his brief.

WHEREFORE, Freddell Bryant respectfully prays that this Honorable Court will permit the enlargement of his Memorandum of Law in support of his Title 28 U.S.C. § 2255 Petition.

Done this 13, day of July 2015

>Freddell Bryant
>Register Number 22433-424
>Coleman II USP
>P. O. Box 1034
>Coleman, Florida 33521

## CERTIFICATE OF SERVICE

I HEREBY DO CERTIFY, that a true and correct copy of this motion was mailed to United States Attorney's Office, 201 South Vine St., Suite 226, Urbana, IL 61802-3369 via the Federal Bureau of Prison's Legal Mailbox with sufficient First Class Postage.

Done this 13, day of July 2015.

>I hereby do certify that pursuant to Penalty of Perjury Title 28 U.S.C. § 1746 that on this 13 day of July 2015 I signed and mailed this document via the Federal Bureau of Prisons' Legal Mail System.
>
>*Freddell Bryant*
>Freddell Bryant
>Register Number 22433-424
>Coleman II USP
>P. O. Box 1034
>Coleman, Florida 33521